**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LORETTA THOMPSON                                                                PLAINTIFF

v.                                        No. 4:08CV04198 JLH

CENTURYTEL OF CENTRAL ARKANSAS, LLC                                    DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of

CenturyTel of Central Arkansas, LLC.   The claims of Loretta Thompson are dismissed with

prejudice.

IT IS SO ORDERED this 7th day of October, 2009.

_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE